

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00471-CV

**MILLICAN DPC PARTNERS, LP** and Peach Creek Partners, Ltd.,
Appellants

v.

**FRANK BOBBITT MCGREGOR TRUST**, Doris McGregor, Trustee,
Appellee

From the 85th Judicial District Court, Brazos County, Texas
Trial Court No. 12-001688-CV-85
Honorable Jimmy Don Langley, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment, RENDER a declaratory judgment that Millican DPC Partners, LP has record title to the disputed 34.28-acre parcel, and REMAND to the trial court for further proceedings consistent with our opinion. It is ORDERED that appellants Millican DPC Partners, LP, and Peach Creek Partners, Ltd. recover their costs of appeal from appellee the Frank Bobbitt McGregor Trust, Doris McGregor, Trustee.

SIGNED February 26, 2014.

_____
Rebeca C. Martinez, Justice